

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-21-00308-CV

**IN RE** Steve **SWARTZMAN**, Andy North, and Lucy Doan

Original Mandamus Proceeding[1]

## ORDER

On July 30, 2021, relators Steve Swartzman, Andy North, and Lucy Doan filed a petition for writ of mandamus. Real party in interest Daniel Alarik filed a response, and relators filed a reply. Having considered relators' petition, Alarik's response to the petition, relators' reply in support of the petition, and the mandamus record, we conclude, for the reasons stated in our opinion, that relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus is DENIED. *See* Tex. R. App. P. 52.8(a).

It is so **ORDERED** on February 16, 2022.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020-CI-19151, styled *Daniel Alarik, Individually and on Behalf of Grunt Style, LLC v. Steve Swartzman, Andy North, and Lucy Doan*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Larry Noll presiding.